**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

DOUGLAS MARCOUX, :
:
        Plaintiff, :
:
        -against- :        18-CV-1641 (OTW)
:
COMMISSIONER OF SOCIAL SECURITY, :
:        **ORDER**
        Defendant. :
:
:

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 59. The Court's Opinion & Order in ECF 58 resolved Plaintiff's Motion for Attorney Fees under the Equal Access to Justice Act. (ECF 46).

Plaintiff's Motion for Attorneys' Fees under Section 406(b) (ECF 51) remains pending. The Clerk of Court is respectfully directed to re-open the gavel on ECF 51.

    **SO ORDERED.**

                                                               *s/ Ona T. Wang*

Dated: May 16, 2023                                       **Ona T. Wang**
       New York, New York                    United States Magistrate Judge